**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1425**

---

SEKOU KEITA,

        Plaintiff - Appellant,

    v.

GIANT OF MARYLAND LLC,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:21-cv-00544-PX)

---

Submitted:  September 28, 2023            Decided:  October 2, 2023

---

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sekou Keita, Appellant Pro Se.  Raymond Charles Baldwin, SEYFARTH SHAW, LLP, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sekou Keita appeals the district court's order granting summary judgment to Giant of Maryland LLC on Keita's claims of racial discrimination and retaliation raised pursuant to 42 U.S.C. § 1981. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Keita v. Giant Food LLC*, No. 8:21-cv-00544-PX (D. Md. Feb. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*